## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:   Margaret A. Doucet                                )          Chapter 13
                                                           )          Case No. 19 B 05047
         Debtor(s)                                         )          Judge LaShonda A. Hunt

### Notice of Motion

Margaret A. Doucet                                         Debtor Attorney: David M Siegel
315 Cherrywood Dr                                          via Clerk's ECF noticing procedures
Buffalo Grove, IL  60089

                                                           >  Dirksen Federal Building
On April 15, 2019 at 10:30 am, I will appear at the location listed to the      >  219 South Dearborn
right, and present this motion.                            >  Courtroom 719
                                                           >  Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this
notice to be delivered to the persons named above by U.S. mail or by the        /s/ MARILYN O. MARSHALL
methods indicated on or before Friday, March 29, 2019.     _____
                                                           MARILYN O. MARSHALL, TRUSTEE

### Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1.   Debtor(s) filed for Chapter 13 on 02/27/2019.

2.   The debtor(s) have failed to provide an Affidavit of Compliance.

3.   The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within  60 days before the date of filing the petition.

4.   The debtor(s) have failed to attend one scheduled §341(a) meeting of the creditors

5.   The debtor(s) have failed to provide required identification and or social security documentation.

6.   The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee                           /s/ MARILYN O. MARSHALL
224 S Michigan Ave                                         _____
Ste 800                                                    MARILYN O. MARSHALL, TRUSTEE
Chicago, IL  60604
(312) 431-1300